**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM J. WEDDLE, an Individual, as Successor in Interest to the Real Property Located at 98 Tolas Place, Fallon, NV,<br><br>　　　　　Petitioner,<br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS), a Delaware Corporation, EXECUTIVE TRUSTEE SERVICES, LLC, (ETS) a Delaware Limited Liability Company, GMAC MORTGAGE, LLC, a Delaware Corporation, EQUIFIRST CORPORATION, a North Carolina Corporation, DOES 1-10, and ROE BUSINESS ENTITIES I-X,<br><br>　　　　　Respondents. | CASE NO. 3:09-cv-00748-ECR-RAM<br><br>District Court Case No.: 35416<br>Dept. No.: 1<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES** |

　　　As between Plaintiff, WILLIAM J. WEDDLE (hereinafter "Plaintiff") and Defendants, EXECUTIVE TRUSTEE SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and GMAC MORTGAGE, LLC (hereinafter "Defendants"), by and through their counsel, and believing good cause exists because (1) the parties are engaging in complex settlement negotiations; and (2) counsel for Defendants is to be out of town the week of January 25, 2010, the parties hereby stipulate and agree to the following:

　　　1.　　Defendants' Opposition to Plaintiff's Motion to Remand shall be due on or before

February 15, 2010.

2. Plaintiff's Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment shall be due on or before February 22, 2010.

DATED: January 11, 2010

By:*/s/ John Paul Schlegelmilch*
John Paul Schlegelmilch, Esq.
30 Broadway
Yerington, NV 89447

Attorney for Plaintiff

DATED: January 11, 2010     WOLFE & WYMAN LLP

By:/s/ *Rachel E. Donn*
RACHEL E. DONN
Nevada Bar No.: 10568
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. and GMAC MORTGAGE, LLC

H:\Matters\GMAC-Dallas (1431)\088 (Weddle)\Pleadings\Stip Order.doc

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendants' Opposition to Plaintiff's Motion to Remand shall be due on or before February 15, 2010.

2. Plaintiff's Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment shall be due on or before February 22, 2010.

IT IS SO ORDERED on this 13th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE