# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. WEDDLE, an Individual, as Successor in Interest to the Real Property Located at 98 Tolas Place, Fallon, NV,<br><br>　　　　　Petitioner,<br>　v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS), a Delaware Corporation, EXECUTIVE TRUSTEE SERVICES, LLC, (ETS) a Delaware Limited Liability Company, GMAC MORTGAGE, LLC, a Delaware Corporation, EQUIFIRST CORPORATION, a North Carolina Corporation, DOES 1-10, and ROE BUSINESS ENTITIES I-X,<br><br>　　　　　Respondents. | CASE NO. 3:09-cv-00748-ECR-RAM<br><br>District Court Case No.: 35416<br>Dept. No.: 1<br><br>**SECOND STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES** |

As between Plaintiff, WILLIAM J. WEDDLE (hereinafter "Plaintiff") and Defendants, EXECUTIVE TRUSTEE SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and GMAC MORTGAGE, LLC (hereinafter "Defendants"), by and through their counsel, and believing good cause exists because the parties have reached a tentative oral agreement dispensing of this entire action and are merely in the process of commemorating said agreement in writing, the parties hereby stipulate and agree to the following:

　　　　1.　　　Defendants' Opposition to Plaintiff's Motion to Remand shall be due on or before

1    March 1, 2010.

2        2.    Plaintiff's Opposition to Defendants' Motion to Dismiss or, in the Alternative, for

3    Summary Judgment shall be due on or before March 1, 2010.

4    DATED:  February 12, 2010

5                                      By:*/s/ John Paul Schlegelmilch*
                                      John Paul Schlegelmilch, Esq.
6                                          30 Broadway

7                                          Yerington, NV 89447

8                                          Attorney for Plaintiff

9    DATED:  February 12, 2010        WOLFE & WYMAN LLP

10                                       By:/s/ *Rachel E. Donn*

11                                         RACHEL E. DONN
                                      Nevada Bar No.: 10568
12                                         980 Kelly Johnson Drive, Suite 140
                                      Las Vegas, NV  89119
13
                                      Attorneys for Defendants
14                                         EXECUTIVE TRUSTEE SERVICES, LLC,
                                      MORTGAGE ELECTRONIC REGISTRATION
15                                         SYSTEMS, INC. and GMAC MORTGAGE, LLC

16   H:\Matters\GMAC-Dallas (1431)\088 (Weddle)\Pleadings\Stip Order.2.doc

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendants' Opposition to Plaintiff's Motion to Remand shall be due on or before March 1, 2010.

2. Plaintiff's Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment shall be due on or before March 1, 2010.

IT IS SO ORDERED this 16th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE